No. 393. WISNER *v.* KAMINSKI. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Ralph Atkinson* for appellant. *Henderson H. Carson* for appellee.

No. 397. BRADY TRANSFER & STORAGE CO. ET AL. *v.* UNITED STATES ET AL. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *United States* v. *Carolina Freight Carriers Corp.,* 315 U. S. 475. *Rex H. Fowler, John S. Burchmore, Robert N. Burchmore* and *Nuel D. Belnap* for the Brady Transfer & Storage Co.; and *James E. Wilson* for the Irregular Route Common Carrier Conference of the American Trucking Assns., Inc., appellants. *Solicitor General Perlman* and *Daniel W. Knowlton* for the United States et al., appellees.

No. 400. HALL *v.* VIRGINIA. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed. MR. JUSTICE DOUGLAS and MR. JUSTICE MURPHY are of opinion that probable jurisdiction should be noted. *Hayden C. Covington* and *Thos. H. Stone* for appellant. *J. Lindsay Almond, Jr.* for appellee.